# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL BOWMAN<br><br>v.<br><br>WAL-MART STORES EAST, LP | CIVIL ACTION<br><br>NO. 14-3182 |

## ORDER

And NOW, this 10th day of February 2015, for the reasons stated in the foregoing memorandum, upon consideration of Defendant's Motion for Summary Judgment (ECF 14), and all responses and replies thereto, and Defendant's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11(b) (ECF 19), and all responses and replies thereto, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment is GRANTED, and Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

2. Defendant's Motion for Sanctions is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 14\14-3182 bowman v. wal-mart\13-3182 -- Order re MSJ.docx